

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN DIVISION

UNITED STATES OF AMERICA          CASE NO.: 07-M-1123

v.

BORIS NAYFELD

_____/

### VERIFIED CLAIM TO CONTEST FORFEITURE

Defendant, BORIS NAYFELD, pursuant to Title 18, U.S.C., Section 983(a)(2)(D), claims the sum of **$10,300.00** taken from him at the time of his arrest and would state as follows:

1. My name is BORIS NAYFELD; my address is 161 Nevada Avenue, Staten Island, New York 10306; my Social Security No. is _____ and my date of birth is _____

2. The United States Department of Justice, Drug Enforcement Administration, seized the sum of $10,300.00 U.S. Currency from me when I was arrested on October 13, 2007.

3. I had my ____ birthday party on October 12, 2007, with a guest list of many people. Many of my guests gave me money as birthday presents. The names of some of the people and the amounts given me are as follows:

| | |
|---|---:|
| Alek/Wife | $ 300.00 |
| Alla, Geno | 500.00 |
| Anatoly, Nena | 240.00 |
| Anotoly, Alla | 300.00 |
| Benjamen | 1,000.00 |
| Boris Realty/Wife | 300.00 |
| Father/Mother | 300.00 |
| Gena, Golina | 300.00 |
| Gena, Roza | 300.00 |
| Georgy, Irena | 500.00 |
| Golina, Roma | 300.00 |
| Gorek/Wife | 300.00 |
| Grenberg, Volery/Wife | 300.00 |
| Grezocky, Alex | |
| Irena, Nick | 300.00 |
| Izek | 500.00 |
| Kurbetsky, Boris | 500.00 |
| Lebedinsky, Tona | |

| | |
|---|---:|
| Lena/Father | 500.00 |
| Leva | 500.00 |
| Luda, Karena | 300.00 |
| Mark/Wife | 300.00 |
| Mauyo | 75.00 |
| Mela, Gregory | 600.00 |
| Mickle | 100.00 |
| Mickle, Roberto | |
| Mickle/Wife | 300.00 |
| Nona, Mickle | 300.00 |
| Norolek | 500.00 |
| Peter/Wife | 300.00 |
| Roma | 150.00 |
| Ruslana, Eli | |
| Semon, Olga | 300.00 |
| Simon, Mela | 300.00 |
| Simon/Wife | 500.00 |
| Sloviek | 1,000.00 |
| Tolek/Wife | 300.00 |
| Tona/Husband | 300.00 |
| Ujen, Klava | 300.00 |
| Umy | 100.00 |
| Volery, Sona | 300.00 |

4. All of these people are willing to attest to the funds given to me as a gift.

5. The money seized from me was not as a result of any illegal activity and not as a result of the allegations in the Criminal Complaint in Case No. 07-M-1123 filed in the Eastern District of New York.

**WHEREFORE**, I make a claim that these funds ($10,300.00) be remitted to me or set for a mitigation hearing.

**I HEREBY AFFIRM** that the facts set forth in this Claim are true and correct to the best of my information and belief.

_____
BORIS NAYFELD, Claimant

SWORN TO AND SUBSCRIBED TO
before me this _11_ day of
_DECEMBER_, 2007.

_Alice Asher_
NOTARY PUBLIC, State of New York
How Nayfeld Identified: _____

Nayfeld-Claim for Remission or Mitigation

ALICE ASHER
NOTARY PUBLIC, State of New York
No. 01AS6062200
Qualified in Kings County
Commission Expires July 30, 2009

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that copies of the foregoing have been furnished to the Office of the United States Attorney, 271 Cadman Plaza East, Brooklyn, New York 11201, by hand delivery **(718) 254-6321** this 10th day of December, 2007.

_____
BORIS NAYFELD

_Alice Asher_
ALICE ASHER
NOTARY PUBLIC, State of New York
No. 01AS6062200
Qualified in Kings County
Commission Expires JuLY 30, 2009

SWORN TO BEFORE
ME THIS 11 DAY OF DECEMBER 2007